IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF

    VS.               3:12-CV-3120

THOMAS SABELLA, ETAL                                              DEFENDANTS

## JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff J & J Sports Productions, Inc., having accepted the Offer of Judgment of all Defendants (ECF Doc. 9),

**JUDGMENT** is hereby entered in favor of Plaintiff J & J Sports Productions, Inc., and against all Defendants jointly, Thomas Sabella, Jay Sabella, d/b/a Brickyard/Atrium Night Club; and The Brick Yard Bar & Grill, Inc., and unknown business entity d/b/a Brickyard/ Atrium Night Club, jointly in the amount of $5,000.00, which shall be the total amount paid, including all costs, expenses, and attorney fees accrued.

Dated this 25th day January, 2013.

                                            CHRISTOPHER R. JOHNSON
                                            CLERK OF COURT

                                            By:  <u>Sallie Hicks Deputy Clerk</u>