IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON  DIVISION


J & J SPORTS PRODUCTIONS, INC.                                    PLAINTIFF


      VS.                              3:12-CV-3120


THOMAS SABELLA, ETAL                                             DEFENDANTS


### JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure,  Plaintiff J & J Sports

Productions, Inc., having accepted the Offer of Judgment of all Defendants  (ECF Doc. 9),

**JUDGMENT** is hereby entered in favor of Plaintiff J & J Sports Productions, Inc., and

against all Defendants jointly,  Thomas Sabella, Jay Sabella, d/b/a Brickyard/Atrium Night

Club; and The Brick Yard Bar & Grill, Inc., and unknown business entity d/b/a Brickyard/

Atrium Night Club, jointly in the amount of $5,000.00, which shall be the total amount paid,

including all costs, expenses, and attorney fees accrued.


Dated this 25th day January, 2013.


CHRISTOPHER R. JOHNSON
CLERK OF COURT

By:   Sallie Hicks Deputy Clerk